UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.                                    ) <br> ) <br> MARC VAN PATTENSTEIGER     ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 04CR 10006 DPW <br><br> Violations: <br><br> 18 U.S.C. §1709 <br> Theft of Mail Matter by <br> a Postal Service Employee |

**INDICTMENT**

**COUNT ONE:**   (18 U.S.C. §1709 - Theft of Mail Matter by a Postal Service Employee)

The Grand Jury charges that:

On or about October 29, 2003, at Brockton, in the District of Massachusetts,

MARC VAN PATTENSTEIGER

defendant herein, a Postal Service employee, did unlawfully, willfully, and knowingly embezzle and steal a First-Class Letter addressed to Gary Deltufo that contained $19 in US Currency, which had come into his possession as a result of his employment and was intended to be conveyed by mail, carried and delivered by any carrier, messenger, agent, or other person employed in any department of the Postal Service, and forwarded through or delivered from any post office or station thereof established by the authority of the Postal Service.

All in violation of Title 18, United States Code, Section 1709.

**COUNT TWO:**     (18 U.S.C. §1709 - Theft of Mail Matter by a Postal Service Employee)

The Grand Jury further charges that:

On or about October 29, 2003, at Brockton, in the District of Massachusetts,

MARC VAN PATTENSTEIGER

defendant herein, a Postal Service employee, did unlawfully, willfully, and knowingly embezzle and steal a First-Class Letter addressed to John Bakis that contained a $10 Target Gift Card, which had come into his possession as a result of his employment and was intended to be conveyed by mail, carried and delivered by any carrier, messenger, agent, or other person employed in any department of the Postal Service, and forwarded through or delivered from any post office or station thereof established by the authority of the Postal Service.

All in violation of Title 18, United States Code, Section 1709.

A TRUE BILL

*[signature]* 1/14/04
FOREPERSON OF GRAND JURY

*[signature]*
William H. Connolly
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, January 14, 2004.

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk

1-14-04 at 1:00 PM