UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. )
) Case No. 04-cr-10006-DPW
MARC VAN PATTEN-STEIGER )
)
)

**GOVERNMENT'S MOTION TO AMEND INDICTMENT
TO CORRECT TYPOGRAPHICAL ERROR**

The government respectfully moves to amend the caption of the indictment in this matter to correct a typographical error by substituting the name "Marc Van Patten-Steiger" for the current name "Marc Van Pattensteiger." Similarly, the government moves to correct a typographical error in the first and second counts of the indictment, which currently names the defendant as "Marc Van Pattensteiger," but should read "Marc Van Patten-Steiger." As grounds therefor, the government states that the defendant informed the Court at his arraignment that his name was spelled incorrectly on the indictment and that his true name is Marc Van Patten-Steiger. A copy of the proposed, corrected Indictment is attached to this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
SETH P. BERMAN
Assistant U.S. Attorney
(617) 748-3385

February 9, 2004

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

>   Syrie Fried, Esq.
>   Federal Defender Services
>   408 Atlantic Avenue
>   Boston, MA 02110

This 9th day of February, 2004.

SETH P. BERMAN
ASSISTANT UNITED STATES ATTORNEY