UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA  )
                          )
                          )
v.                        )    CRIM. NO. 04-10006-DPW
                          )
                          )
MARC VAN PATTEN-STEIGER   )


### MOTION TO CONTINUE FINAL STATUS CONFERENCE

Counsel for the defendant Marc Van Patten-Steiger respectfully moves this Court for a continuance of the final status conference in the above-captioned case. The hearing is currently set for May 28, 2004. The defendant requests that this hearing be continued until the week of July 5, 2004.

In support of this motion, undersigned counsel submits that she needs additional time to attempt to resolve this matter before the case is to be certified to the district court judge.

Undersigned has spoken with Assistant U.S. Attorney Seth Berman about this request for a continuance. Counsel represents Mr. Berman assents to this motion. Undersigned counsel agrees to the exclusion of the continuance period up to the rescheduled hearing date for purposes of the Speedy Trial Act as excludable delay in the interests of justice.

Wherefore, for the above-stated reason, the defendant

requests that this motion for a continuance of the final status conference be granted.

                                      Respectfully submitted,

                                      By his attorney,

                                      /s/ Syrie D. Fried
                                      _____
                                      Syrie D. Fried
                                          B.B.O. # 555815
                                      Federal Defender Office
                                      408 Atlantic Avenue, 3rd Floor
                                      Boston, MA  02210
                                      Tel: 617-223-8061