UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 04-CR-10006-DPW |
| ) | |
| MARC VAN PATTEN-STEIGER ) | |

### ASSENTED TO MOTION TO EXCLUDE TIME

The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, moves, pursuant to 18 U.S.C. §3161 (h)(8)(A), to exclude the period of time commencing on August 4, 2004 and ending on September 9, 2004. As grounds therefor, the United States states that the interests of justice are best served by allowing the parties additional time to negotiate a possible plea agreement.

Defendant, through his counsel Syrie Fried, assents to this motion.

WHEREFORE, the United States respectfully request, under 18 U.S.C. §3161(h)(8)(A) and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that this Court find, based on the above, that the ends of justice served by granting the requested continuance and exclusion outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, grant the continuance as requested above and exclude the above period in computing the time within which trial must commence under 18 U.S.C. §3161.

Respectfully Submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

SETH P. BERMAN
Assistant U.S. Attorney
(617) 748-3385

August 4, 2004

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing Assented to Motion for Continuance of Initial Status Conference and to Exclude Time by hand delivery:

>Syrie Fried, Esq.
>Federal Defender Services
>408 Atlantic Avenue
>Boston, MA 02110

This 4th day of August, 2004.

  _____
  SETH P. BERMAN
  ASSISTANT UNITED STATES ATTORNEY