# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal No. 04-10006-DPW

UNITED STATES OF AMERICA

v.

MARC VAN PATTENSTEIGER

### *FINAL STATUS REPORT*

September 9, 2004

**BOWLER, Ch.U.S.M.J.**

    The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

    1. The Indictment in the above-entitled case, which charges the defendant with theft of mail matter by a postal service employee, was returned on January 14, 2004;

    2. The defendant was arraigned on the Indictment on January 30, 2004;

    3. The defendant is not in custody on the charges;

4.  At the time of arraignment, the attorney for the government estimated that the government would call approximately two to three witnesses and that the trial would last approximately one to two days;

5.  Defense counsel has indicated that the case will be resolved by way of a plea of guilty;

6.  As of the date of this Final Status Report, time has been excluded through September 9, 2004;

7.  This case is hereby returned to the district judge to whom this case is assigned.

_____/s/_____
**MARIANNE B. BOWLER**
Chief United States Magistrate Judge